UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN GOODWIN,<br><br>            Plaintiff,<br><br>    v.<br><br>MARIN COUNTY TRANSIT DISTRICT, et al.,<br><br>            Defendants. | Case No. 21-cv-07251-JSC<br><br>**ORDER RE: ADMINISTRATIVE MOTION TO CONTINUE DEADLINE FOR SERVICE OF PROCESS**<br><br>Re: Dkt. No. 18 |

Plaintiff's administrative motion to continue the deadline for service of process on newly-added Defendant Marin Airporter is now pending before the Court. (Dkt. No. 18.) No response to the motion has been filed and the time to respond has run. *See* Civ. L.R. 7-11(b).

Federal Rule of Civil Procedure 4(m) requires service of process on each named defendant within ninety days after the filing of a complaint. Fed. R. Civ. P.4(m). "For defendants who are added by later amendments to the complaint, the time limit for service runs from the date of the amendment." *MERSCORP Holdings, Inc. v. Kelsey*, No. CV 18–3802–JFW (AFMx), 2018 WL 6445694, at *2 (C.D. Cal. July 26, 2018.) (citing *McGuckin v. United States*, 918 F.2d 811, 813 (9th Cir. 1990)). Plaintiff filed his First Amended Complaint adding Marin Airporter as a Defendant on January 5, 2022. (Dkt. No. 14.) Accordingly, Plaintiff's administrative motion to extend the time to serve until January 31, 2022 is DENIED AS MOOT. Plaintiff has 90 days from January 5, 2022 to serve Marin Airporter.

**IT IS SO ORDERED.**

Dated: January 14, 2022

JACQUELINE SCOTT CORLEY
United States Magistrate Judge